No. 92–8618. RABY *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 92–8631. TAPIA *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 92–8632. CONTRERAS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 92–8633. ARIAS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 92–8634. VELASQUEZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–8639. MERRITT *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 92–8651. SEYBOLD *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 92–8652. SUTTLE *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 92–8653. ABARCA-ESPINOZA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–8654. AMAECHI *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 92–8655. CASH *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 92–8657. THOMAS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 92–8661. BAKER *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 92–8662. COKER *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 92–8666. FORD *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 92–8667. VELASQUEZ-CARBONA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.